UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-24218-CIV-MGC

RICARDO MIGUEL NARANJO CAPPELLI   )
and all others similarly situated under 29   )
U.S.C. 216(b),   )
　　　　　　　　　　　　　　　　　　   )
　　　　　　Plaintiff,   )
　　vs.   )
　　　　　　　　　　　　　　　　　　   )
MIAMI BEACH HOSPITALITY, LLC d/b/a   )
THE DEAUVILLE BEACH RESORT,   )
　　　　　　　　　　　　　　　　　　   )
　　　　　　Defendant.   )
_____   )

**PLAINTIFF'S STATEMENT OF CLAIM**

　　　　Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Amended Statement of Claim as follows:

**Federal Overtime Wage Claim:**

**Period Claimed: 11/11/12-10/9/15**
　　Weeks: **148** weeks (151 weeks – 3 weeks vacation in the years 2013-2015)
　　Overtime hours per week: **5** hours
　　Amount of time-and-a-half overtime per hour not compensated: $12.07/hr.
　　Total overtime wages unpaid and liquidated damages: **$8,931.80 X 2 = $17,863.60**


**Plaintiff seeks all fees and costs under the FLSA.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　J. H. ZIDELL, P.A.
　　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF
　　　　　　　　　　　　　　　　　　　　　　300-71ST STREET, SUITE 605
　　　　　　　　　　　　　　　　　　　　　　MIAMI BEACH, FLORIDA 33141
　　　　　　　　　　　　　　　　　　　　　　305-865-6766
　　　　　　　　　　　　　　　　　　　　　　305-865-7167

　　　　　　　　　　　　　　　　　　　　　　By:_s/ Rivkah F. Jaff, Esq. ___
　　　　　　　　　　　　　　　　　　　　　　　　Rivkah F. Jaff, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 107511

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 12/2/15 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:\_\_\_/s/\_\_\_Rivkah Jaff_____**
         **RIVKAH JAFF, ESQ.**