UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-24218-CIV-TORRES

[CONSENT CASE]

RICARDO MIGUEL NARANJO CAPPELLI )
and all others similarly situated under 29 )
U.S.C. 216(b), )
 )
       Plaintiff, )
vs. )
 )
MIAMI BEACH HOSPITALITY, LLC d/b/a )
THE DEAUVILLE BEACH RESORT, )
 )
       Defendant. )
_____ )

## JOINT STATUS REPORT

Plaintiff and Defendants, by and through their respective undersigned counsel, hereby file this Joint Status Report and state:

Upon conferral, the parties have agreed to the following three proposed dates for trial in this matter:  June 19, 2017; June 26, 2017; or July 17, 2017.

_3/30/16_____                _s/ K. David Kelly _____
(Date)                             (Signature) Counsel for Plaintiff


_3/30/16_____                 _s/Jose Manuel Chanfrau _____
(Date)                             (Signature) Counsel for Defendants

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:__/s/_____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON _3/30/16__ TO:**

**ALL CM/ECF RECIPIENTS**

**JOSE MANUEL CHANFRAU , IV, ESQ.**
**JOSE M. CHANFRAU, IV**
**6691 COLLINS AVENUE**
**MIAMI BEACH, FL 33141**
**PH: 786-621-5205**
**FAX: 786-621-5652**
**EMAIL: JCHANFRAU@JOSECHANFRAUPA.COM**

**BY:__/s/____K. David Kelly_____**
**K. DAVID KELLY, ESQ.**