UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-24218-CIV

RICARDO MIGUEL NARANJO CAPPELLI )
and all others similarly situated under 29 )
U.S.C. 216(b), )
                                                           )
        Plaintiff, )
vs. )
                                                           )
MIAMI BEACH HOSPITALITY, LLC d/b/a )
THE DEAUVILLE BEACH RESORT, )
                                                           )
        Defendant. )
_____ )

## NOTICE OF FILING OF RELEASE

Notice is given that Defendant, MIAMI BEACH HOSPITALITY, LLC, has filed a copy of the U.S. Department of Labor Receipt for Payment of Back Wages, Liquidated Damages, Employment Benefits or Other Compensation.

                                      JOSE M. CHANFRAU, IV P.A.
                                      Attorney for Defendant
                                      6701 Collins Avenue
                                      Normandy Room
                                      MB Law Offices
                                      Miami Beach, FL 33141
                                      Tel.: 786.621.5205
                                      Fax:786.621.5652
                                      jchanfrau@josechanfraupa.com

                               By: _____
                                      JOSE M. CHANFRAU, IV
                                      Fla. Bar No. 642088

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2016, the foregoing document was filed with the Clerk of the Court. We also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

VIA   Email

| | |
|---|---|
| J.H. Zidell, P.A. | JOSE M. CHANFRAU, IV P.A. |
| J.H. Zidell, Esq. | Attorney for Defendant |
| Attorney for Plaintiff | 6701 Collins Avenue |
| 300 71st Street, Suite 605 | Normandy Room |
| Miami Beach, FL 33141 | MB Law Offices |
| T: 305-865-6766 | Miami Beach, FL 33141 |
| F: 305-865-7167 | Tel.: 786.621.5205 |
| ZABOGADO@AOL.COM | Fax:786.621.5652 |
| | jchanfrau@josechanfraupa.com |

By: _____
JOSE M. CHANFRAU, IV
Fla. Bar No. 642088

U.S. Department of Labor
Wage and Hour Division
Receipt for Payment of Back Wages, Liquidated Damages,
Employment Benefits, or Other Compensation



I, _Naranjo, Ricardo_ , have received payment of wages, liquidated damages, employment
(typed or printed name of employee)
benefits, or other compensation due to me from _Miami Beach Hospitality, LLC_
(name and location of the establishment)
_6701 Collins Ave. Miami Beach FL 33141_

for the period beginning with the workweek ending _04/23/2011_ through the workweek ending _04/27/2013_ . The amount of the payment I received is shown below.

This payment of wages and other compensation was calculated or approved by the U.S. Department of Labor Wage and Hour Division (WHD) and is based on the findings of a WHD investigation. This payment is required by the Act(s) indicated below in the marked box(es):

✓ Fair Labor Standards Act ( FLSA )

Gross Amount Back Wages           $218.40   Gross Amount Liquidated Damages         $0.00
Legal Deductions from Back Wages   29.90    Other Amount Paid
Net Amount Received                188.50                                   (please specify type)

NOTICE TO EMPLOYEE: Your acceptance of this payment of wages and/or other compensation due under the Fair Labor Standards Act (FLSA) or Family Medical Leave Act (FMLA), based on the findings of the WHD means that you have given up the right you have to bring suit on your own behalf for the payment of such unpaid minimum wages or unpaid overtime compensation for the period of time indicated above and an equal amount in liquidated damages, plus attorney's fees and court costs under Section 16(b) of the FLSA or Section 107 of the FMLA. Generally, a suit for unpaid wages or other compensation, including liquidated damages, must be filed within two years of a violation of the FLSA or FMLA. Do not sign this receipt unless you have actually received this payment in the amount indicated above.

RETALIATION AND KICKBACKS PROHIBITED: Your employer is prohibited from retaliating against you for accepting payment of wages you are owed or from requiring you to return or decline payment of the wages owed to you. Your employer is also prohibited from retaliating against any person who files a complaint with the Wage and Hour Division (WHD) or cooperates with a WHD investigation. Your employer is also prohibited from interfering with, restraining, or denying the exercise of Family Medical Leave Act (FMLA) rights. You should contact the WHD immediately if your employer takes any of these actions or fails to comply with the law in the future. Your identity will be kept confidential to the maximum extent possible under existing law. You may contact the WHD by calling 1-866-487-9243 or 305-598-6607 .

Signature of employee _[signature]_                                  Date _2-3-2014_
Address _1502 SW 76 ave Miami FL 33144_

I understand that my signature on this receipt and waiver attests to the fact that I have actually received the payment in the amount indicated above of the wages, liquidated damages, or other compensation due to me, and that I waive my right to bring suit as described above, and covering the period set forth above.

EMPLOYER'S CERTIFICATION TO WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR:

I hereby certify that I have on this (Date) _____ paid the above-named employee in full covering lost or denied wages, liquidated damages, or other compensation as stated above. I further certify that I have not and will not retaliate against the above-named employee for accepting this payment and I have not and will not ask the employee to return all or part of this payment to me.

Signature _[signature]_   Title _Controllers_
(employer or authorized representative)

PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE
STATEMENT OR MISREPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001

Date:01-08-2014 5:01:46 PM            Case ID:  1690041              Form WH-58 (Rev May 2013)
                                                                                  Page 1

| CO. | FILE | DEPT. | CLOCK | NUMBER | 038 |
|---|---|---|---|---|---|
| ZVA | 101946 | 401009 | | 0000033464 | 1 |

# Earnings Statement

ADP

MIAMI BEACH HOSPITALITY, LLC
6701 COLLINS AVENUE
MIAMI BEACH, FL 33141

Period Ending:  01/21/2014
Pay Date:       01/28/2014

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  FL:      No State Income Tax

RICARDO NARANJO
1502 SW 76 AVE
MIAMI FL 33144

Social Security Number: XXX-XX-7104

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 218.40 | 1,433.60 |
| Holiday | | | | 64.00 |
| **Gross Pay** | | | **$218.40** | 1,497.60 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -13.19 | 144.19 |
| | Social Security Tax | -13.54 | 92.85 |
| | Medicare Tax | -3.17 | 21.72 |
| | **Net Pay** | **$188.50** | |

Your federal taxable wages this period are $218.40

© 2005 ADP, Inc.

63-915/660

MIAMI BEACH HOSPITALITY, LLC
6701 COLLINS AVENUE
MIAMI BEACH, FL 33141

Payroll check number: 0000033464
Pay date:              01/28/2014

Pay to the order of: RICARDO NARANJO

This amount: ONE HUNDRED EIGHTY EIGHT AND 50/100 DOLLARS    $188.50

VOID NON-NEGOTIABLE   VOID NON-NEGOTIABLE

TOTAL BANK

⑆0000033464⑆ ⑈066009155⑈ 17017517060⑋